RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 22 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CARLOS SHAW, AND ALL OTHER OCCUPANTS, <br> 119 Spring View Br, <br> Dallas, Georgia 30157, <br><br>     Defendant/Removing Party, <br><br> **v.** <br><br> 2024-1 IH Borrower LP, <br> 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, Georgia 30350, <br><br>     Plaintiff. | Civil Action No.: _____ <br> **4 26-CV-165** <br> (Removed from Magistrate Court of Paulding County, State of Georgia, Case No. 26-04779) <br><br> **DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT** |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION:

Defendant CARLOS SHAW (hereinafter "Defendant"), appearing pro se, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1343, 1441, and 1446, removing the above-captioned dispossessory action from the Magistrate Court of Paulding County, State of Georgia (Case No. 26-04779) to this Court, and in support thereof states as follows:

### I. STATE COURT PROCEEDINGS

1. On or about June 1, 2026, Plaintiff 2024-1 IH Borrower LP, by and through its attorney/agent Matthew F. Totten, Bar No. 798589, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30350, evictions@tottenfirm.com, filed a Dispossessory Affidavit against

Defendant in the Magistrate Court of Paulding County, State of Georgia, assigned Case No. 26-04779.

2.   The dispossessory action concerns Defendant's tenancy at 119 Spring View Br, Dallas, Georgia 30157, located in Paulding County ("the Property"). A hearing has been scheduled for June 23, 2026 at 9:00 AM in the Magistrate Courtroom of Paulding County, Watson Judicial Complex, 280 Constitution Blvd Room 1109, Dallas, Georgia.

3.   Defendant's deadline to answer is June 18, 2026. This Notice of Removal is timely filed within thirty (30) days of Defendant's receipt of process, as required by 28 U.S.C. § 1446(b).

## II. PLAINTIFF'S CLAIMS IN THE STATE COURT ACTION

4.   In the dispossessory affidavit, Plaintiff alleges that Defendant fails to pay the rent which is now past due.

5.   Plaintiff demands: (a) possession of the premises; (b) past due rent of $2,594.79; (c) rent accruing at the rate of $1,745.00 per month; (d) court costs, possession, and late fees of $115.00 per month.

## III. BASIS FOR FEDERAL JURISDICTION

This Court has original jurisdiction over this matter on the following grounds:

### A. Federal Question Jurisdiction — 28 U.S.C. § 1331

This action arises under the Constitution and laws of the United States. Defendant asserts defenses and counterclaims arising under federal law, including but not limited to:

(a)  The Fair Housing Act, 42 U.S.C. §§ 3604 and 3617, which prohibits discriminatory housing practices and retaliatory eviction based on protected class status;

(b)  42 U.S.C. § 1983 — deprivation of civil rights under color of state law, including Defendant's rights under the Fourteenth Amendment to the United States Constitution (due process and equal protection);

(c)  The Americans with Disabilities Act (ADA), 42 U.S.C. § 12101, et seq., if applicable, regarding Plaintiff's failure to provide reasonable accommodations;

(d)  Such other federal statutes and constitutional provisions as Defendant may identify upon further review and discovery.

**B. Supplemental Jurisdiction — 28 U.S.C. § 1367**

To the extent any claims herein arise under state law, this Court has supplemental jurisdiction over such claims as they form part of the same case or controversy arising under the Constitution and laws of the United States.

### IV. VENUE

6.  Venue is proper in the Atlanta Division of the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. § 1441(a), because Paulding County, Georgia — where the state court action is pending — is located within this District and Division.

### V. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

7.  Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Defendant, including the Dispossessory Affidavit and Summons (dated June 1, 2026), are attached hereto as Exhibit A.

8.  Pursuant to 28 U.S.C. § 1446(d), promptly upon filing this Notice, Defendant will file a copy with the Clerk of the Magistrate Court of Paulding County, State of Georgia and serve a copy upon Plaintiff's counsel, Matthew F. Totten, Bar No. 798589, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30350, evictions@tottenfirm.com.

9. Defendant has not previously sought removal or similar relief in any federal court regarding this dispossessory action.

## VI. RESERVATION OF RIGHTS AND DEFENSES

By filing this Notice of Removal, Defendant does not waive any defenses, objections, or counterclaims available under applicable law, including but not limited to: defenses relating to jurisdiction, improper notice, retaliatory eviction, breach of the warranty of habitability, improper calculation of amounts owed, and any constitutional or statutory defenses.

## VII. PRAYER FOR RELIEF

WHEREFORE, Defendant CARLOS SHAW respectfully requests that this Court:

(a) Accept removal of this action from the Magistrate Court of Paulding County, Georgia;

(b) Assume full jurisdiction over this matter;

(c) Stay all proceedings in the Magistrate Court of Paulding County, Georgia — including the hearing scheduled for June 23, 2026 at 9:00 AM — pending resolution of this matter; and

(d) Grant such other and further relief as this Court deems just and proper.

Respectfully submitted, this _____ day of _____, 2026.

_____

**CARLOS SHAW, Defendant Pro Se**
119 Spring View Br
Dallas, Georgia 30157
Phone: (678) 468-5267
Email: Carlosshaw7589@icloud.com

## CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of _____, 2026, I served a true and correct copy of the foregoing Notice of Removal upon Plaintiff's counsel Matthew F. Totten, Bar No. 798589, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30350, evictions@tottenfirm.com by U.S. Mail / Hand Delivery / Email, and filed a copy with the Clerk of the Magistrate Court of Paulding County, State of Georgia, Case No. 26-04779.

_____

**CARLOS SHAW, Defendant Pro Se**

_____

EXHIBIT A — Dispossessory Affidavit & Summons, Paulding County Magistrate Court, Case No. 26-04779 (attach copies here)

IN THE MAGISTRATE COURT OF
PAULDING COUNTY
STATE OF GEORGIA

2024-1 IH Borrower LP
_____Plaintiff_____

5579 Chamblee-Dunwoody Rd, Ste B-136
_____Address_____

Atlanta, GA 30350
_____

VS

Carlos Shaw and All Others
_____
Defendant(s)

119 Spring View Br
_____Address_____

Dallas, GA 30157
_____

404-905-6577
Phone Number

FILED IN OFFICE
2026 Jun 01 07:29 PM
Christy Motes
CLERK OF MAGISTRATE COURT
PAULDING GEORGIA
CASE NO.

26-04779

## ONLINE AFFIDAVIT FOR SUMMONS OF DISPOSSESSORY

Personally appeared Matthew F. Totten _____, who upon oath says that he is owner,
Agent _____ for the owner of said premises, and that Defendant is in possession as tenant of premises at the
above address in Paulding County

Further tenant:

  X   (a) fails to pay the rent which is now past due;
  ____ (b) holds the premises over and beyond the term for which they were rented or leased to him or her;
  X   (c) plaintiff is entitled to recover any and all rent that may come due until this action is finally concluded.
  ____ (d) _____

Plaintiff desires and has demanded possession of the premises and Defendant has failed and refused to deliver said possession.

WHEREFORE, Plaintiff DEMANDS:

  X   (a) Possession of the premises;
  X   (b) Past due rent of $ 2594.79 ;
  X   (c) Rent accruing up to the date of judgment at the rate of $ 1745/mo per ____ ;
  X   (d) Court costs; possession; late fees of $115 /mo

By order of local rule, and the authority of OCGA 15-10-53, submission of this form, and payment, shall constitute filing and by affixing electronic verification by submission and payment, the undersigned swears or affirms that the statements set forth in the above pleadings are true and correct and that the date of execution is the date of receipt of electronic control by the court. I electronically swear and affirm and will do so in person upon the calling of the case.

Approved: This _____ day of _____, 20 _____

_____
Deputy Clerk, Magistrate Court of Paulding County

Plaintiff /Affiant: Matthew F. Totten
Title of Capacity or Agent: Attorney
Affiant Email: evictions@tottenfirm.com
Affiant Phone: 404-905-6577
Affiant Address: 5579 Chamblee-Dunwoody Rd.
Affiant City, State Zip: Atlanta, GA 30350
Bar Number (If Attorney): #798589

## SUMMONS

Greeting:
The Defendant(s) herein are commanded and REQUIRED PERSONALLY OR BY ATTORNEY TO ANSWER IN WRITING or orally (if you cannot read & write) to the Clerk of the Magistrate Court on or before the SEVENTH DAY FROM THE DATE OF SERVICE of the within affidavit and summons (or on the first business day thereafter if the seventh day falls on a Saturday, Sunday or legal Holiday). If the answer is NOT made, a Writ of Possession shall issue instanter and judgment shall be Granted as demanded by the Plaintiff names herein. HEARING SET FOR June 23, 2026 _____ @ 9:00 in the Magistrate Courtroom of Paulding County

Magistrate Court located: Watson Judicial Complex 280 Constitution Blvd Room 1109    Phone Number: 770-443-7533
Witness the Presiding Judge of Said Court,    This 2nd day of June, 20 26 .

_____
Clerk (Deputy Clerk)

DEFENDANT(S) REQUIRED TO ANSWER
ON OR BEFORE 6-18 20 26