**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| 2024-1 IH BORROWER LP,<br><br>    Plaintiff,<br><br>v.<br><br>CARLOS SHAW,<br><br>    Defendant. | CIVIL ACTION FILE NO:<br><br>   4:26-cv-00165-WMR |

**ORDER**

This matter comes before the Court on the Magistrate Judge's Final Report and Recommendation ("R&R"). [Doc. 3]. In the R&R, the Magistrate recommends that this matter be remanded back to the Magistrate Court of Paulding County. [*Id.* at 5]. To date, the Plaintiff has not filed objections to the R&R.

### I.    LEGAL STANDARD

Under 28 U.S.C. § 636(b)(1), the Court reviews the R&R for clear error if no objections are filed by a party within fourteen days after being served with a copy. If a party files objections, however, the Court must determine *de novo* any part of the R&R that is the subject of a proper objection. *Id*. Because no objection to the R&R has been filed in this case, the clear error standard applies.

1

## II.    CONCLUSION

After considering the Final Report and Recommendation [Doc. 3], the Court receives the R&R with approval and adopts its findings and legal conclusions as the Order of this Court. Accordingly, this case is **REMANDED** to the Magistrate Court of Paulding County. The Clerk of Court is **DIRECTED TO TERMINATE** this case.

**IT IS SO ORDERED**, this 23rd day of July, 2026.

WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

2