# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA, GEORGIA 30303-3318**
**www.gand.uscourts.gov**

KEVIN P. WEIMER
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

July 24, 2026

Paulding County Magistrate Court, Clerk of Court
Paulding County Magistrate Court
280 Constitution Blvd #1109 Dallas, GA 30132

   **RE:** **2024-1 IH Borrower LP v. Carlos Shaw and all others**
     **Your Case Number: 26-04779**
     **Our Case Number: 4:26-cv-00165-WMR**

Dear Clerk of Court:

  Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said action to your court.

      Sincerely,

      Kevin P. Weimer
      District Court Executive
      and Clerk of Court


    By: s/ Casey Womack
       Deputy Clerk

Enclosure